UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| READING JOINT APPRENTICE AND ELECTRICAL COMMITTEE; RYAN HELMS; and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 743,<br><br>        Plaintiffs,<br><br>    v.<br><br>ERIC HEISTER,<br><br>        Defendant. | No. 5:16-cv-04306 |

**O R D E R**

And now, this 28th day of November, 2016, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1. Plaintiffs' Motion for Default Judgment, ECF No. 4, is **DENIED**.

2. Plaintiffs' Complaint to Enforce Arbitration Award, ECF No. 1-1, is **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to close this case.

                                            BY THE COURT:

                                            */s/ Joseph F. Leeson, Jr.*
                                            JOSEPH F. LEESON, JR.
                                            United States District Judge